# United States Court of Appeals for the Federal Circuit

---

May 12, 2020

**ERRATA**

---

Appeal No. 2019-1924

**EAGLE PHARMACEUTICALS INC.,**
*Plaintiff-Appellant*

**v.**

**SLAYBACK PHARMA LLC,**
*Defendant-Appellee*

---

Decided: May 8, 2020
Precedential Opinion

---

Please make the following change:

On page 1, the law firm affiliation of Ms. Constance Huttner is changed from "Budd Larner, P.C., Short Hills, NJ" to "Windels Marx Lane & Mittendorf LLP, Madison, NJ"